Attorney General. Constables, etc. by the common law may arrest for felony, etc., without warrant. I contend the offense is not justified by evidence or law.

PER CURIAM. First, that when a person arrests another without a pass it is at their own peril; second, if no felony committed before the arrest no justification that the person is an officer, etc.

Verdict, guilty.

## STATE v. JAMES HILL and JOSEPH HILL.

Court of Quarter Sessions. Kent. May, 1804.

*Rodney's Notes.*

*Vandyke* [for State]. *Fisher* [for defendants].

Philip Denny. At November Term but in December, 1802, James Gordon and me after night started from Dover. At Hillyards he left me at the woods. I overtook James walking and Thomas riding. Mr. Marim came up, and Thomas Hill began to curse me, and after began beating me with his whip etc. Further on I met John Hill. He and James encouraged Thomas to beat me well. I set off [on] my horse. He overtook me, got down, and tried to pull me off my horse. James, John, and Joseph Hill and J. Gordon came up, set, and looked at Thomas beating me and would not let me go. James I believe at length called to Thomas to quit beating me and he did.

John Marim.

John W. Whorter. Thomas Hill said for a quart spirits he would prevent him. John said that should not be wanting. James and Joseph were present at same time in jail.

John Boyer, Joshua Jefferson, Thomas Comerford, etc.

*Fisher, Rodney* and *Vandyke* argued the cause.

PER CURIAM. If one person commits an assault and battery, and another stands by and expressly encourages him, the last is guilty of the assault and battery.

Verdict, not guilty.